**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:26-cv-21830-LEIBOWITZ**

**SARAHJANE TERNIER**,

*Petitioner,*

*v.*

**PAMELA BONDI, *et al.*,**

*Respondents.*
_______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on the Government's Response to Order to Show Cause [ECF No. 4], filed on March 21, 2026. The Government represents that Petitioner was released from custody, subject to supervision under standard conditions. [*Id.*; *see also* ECF No. 4-2]. As such, the Petition is now moot. *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." (internal quotation mark omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot. The ***Clerk*** is *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on March 23, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record